IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN THE MATTER OF:<br><br>NEW STEEL, INC.<br><br>Debtor | CASE NO. 15-07090<br><br>CHAPTER 11 |
|---|---|

MOTION IN COMPLIANCE WITH PR LBR 4002-1(d)

TO THE HONORABLE COURT:

COMES NOW, New Steel, Inc., Debtor herein, through the undersigned attorney, and very respectfully STATES and PRAYS:

1. On this same date, New Steel, Inc., filed its bankruptcy petition under the provisions of Chapter 11 of the U.S. Bankruptcy Code. Since then, it has been managing its affairs and operating its business as debtor in possession pursuant to the provisions of sections §1107 and § 1108 the Bankruptcy Code.

2. PR LBR 4002-1(d) requires that the Debtor inform the name, title and address of the person who will act on behalf the Debtor in the above captioned case.

3. In compliance with the PR LBR 4002-1(d) requirements, the Debtor herein informs this Honorable Court the following:

    a. The persons to act on behalf the debtor are: its President, Omir Méndez and the President of the Board of Directors, Mr. Angel Rodríguez.

    b. Their postal addresses are: Urb. Villa Hucar, Almendro Street A-15, San Juan, PR 00926 and Las Flores de Montehiedra, Boulevard la

Montaña No. 300, Apt. 646, San Juan, PR 00926-7029, respectively.

**WHEREFORE**, the debtor herein respectfully requests this Honorable Court to take notice of its compliance with the requirements of PR LBR 4002-1(d).

**RESPECTFULLY SUBMITTED**

In San Juan, Puerto Rico, this 15th day of September, 2015.

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

CARMEN D CONDE TORRES - notices@condelaw.com

MONSITA LECAROZ ARRIBAS - ustpregion21.hr.ecf@usdoj.gov

**C. CONDE & ASSOC.**
/S/*Carmen D. Conde Torres*
**Carmen D. Conde Torres, Esq.**
**(USDC No. 207312)**
254 San José Street, 5th Floor
Old San Juan, Puerto Rico 00901
Telephone: 787-729-2900
Facsimile: 787-729-2203
E-Mail: *condecarmen@condelaw.com*