IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO.: 15-07090 |
| --- | --- |
| NEW STEEL, INC. | |
| Debtor | CHAPTER 11 |

APPLICATION FOR APPOINTMENT OF ACCOUNTANT FOR DEBTOR

TO THE HONORABLE COURT:

**COMES NOW**, Debtor, through its undersigned attorney, who applies to the Court for the approval of Doris Barroso Vicéns, CPA, from the firm of RSM ROC & Company as debtor's accountant and respectfully states as follows:

1. The above captioned Debtor filed its petition for relief under Chapter 11 of the Bankruptcy Code on this same date and continue operating its business and property as debtor in possession pursuant to Sections 1101 and 1107 of the Title 11 of the United States Code.

2. Debtor seeks to employ Doris Barroso Vicéns, CPA, from the firm of RSM ROC & Company as its accountant. The applicant has chosen this accountant for the reason that she is well qualified to perform the work required of her in this case.

3. Debtor will rely on Doris Barroso Vicéns, CPA, from the firm of RSM ROC & Company for professional services in connection with this bankruptcy petition, including any related matter to debtor's finances, such as:

    a. Preparation or review of bankruptcy court required monthly operating reports and reports pursuant to Rule 2015-3 of the Federal Rule of

1

Bankruptcy procedure;

b. Reconciliation of proof of claims;

c. Preparation or review of the Debtor's projections;

d. Analysis of profitability of Debtor's operations;

e. Assistance in the development or review of plan of reorganization or disclosure statements;

f. Consultation on strategic alternatives and developments of business plan;

g. Any other consulting and expert witness services relating to various bankruptcy matters such as insolvency, feasibility forensic accounting, etc., as necessary.

4. To the best of applicant's knowledge, the professional whose employment is sought has no connection with the debtor, the creditors, any party in interest or its attorneys, the US Trustee or any person employed in the office of the United States Trustee, except that RSM ROC & Company has acted as consultants/accountants for the following creditors listed by Debtors in matters unrelated to this case: Departamento de Hacienda (consultants) and Linde Gas Puerto Rico, Inc. (accountants). Additionally, RSM ROC & Company will be the accountant of a related party, American Agencies Co., Inc., in its bankruptcy proceeding that will be also filed today.

5. To the best of Debtor's knowledge, accountant nor any of her employees, represent or hold any interest adverse to the Debtor of the estate in the matters upon which she is to be engaged, pursuant to 11 USC 327 (a).

2

6. That the accountant is a disinterested person and her employment is in the best interest of the estate.

7. That the accountant is aware that she may not share or agree to share with any other person any amounts received as a retainer or to be received as compensation, pursuant to 11 USC 504, except as provided by law.

8. The terms of compensation agreed to are as follows: that Doris Barroso Vicens from the firm of RSM ROC & Company has been required in this case a retainer in the amount of $5,000.00. This retainer was paid by the Debtor.

9. Compensation for professional services to be rendered in this case is agreed as follows:

    a. In the case of Partner a rate from $200.00 to $300.00 per hour, (Mrs. Barroso Vicens' (Partner) current hourly rate is $235.00), plus any costs and expenses;

    b. In the case of Managers a rate from $100.00 to $150.00 per hour, plus any costs and expenses;

    c. In the case of Seniors a rate from $75.00 to $90.00 per hour, plus any costs and expenses;

    d. In the case of Staff a rate from $60.00 to $70.00 per hour, plus any costs and expenses.

    The hourly rates are increase every June 1, approximately 10%.

10. The accountant fully understands that any compensation to be received is subject to Court's approval and other future invoices upon a proper application and notice

3

thereof. Applicant agreed to consult with the debtor and debtor's attorney at all times in connection with the work to be performed, if necessary.

11. The debtor submit the **ACCOUNTANT'S VERIFIED STATEMENT** signed by Doris Barroso Vicéns, CPA, from the firm of RSM ROC & Company, in compliance with Section 327(a) of the Bankruptcy Code, and Federal Rule of Bankruptcy Procedures 2014. In addition and in compliance with LBR 2014-1, applicant enclosed her curriculum vitae.

12. A copy of this application has been served to the US Trustee, pursuant to Federal Rule of Bankruptcy Procedure 2014 and 11USC 327(a).

**WHEREFORE**, debtor requests that the Court authorizes the employment of Doris Barroso Vicéns, CPA, from the firm of RSM ROC & Company to assist it in connection with its case at the rates set forth, subject to further review and order of this court.

### NOTICE

Within twenty one (21) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 15 day of September, 2015.

_____
OMIR MENDEZ
PRESIDENT

_____
ANGEL RODRIGUEZ
PRESIDENT OF BOARD OF DIRECTORS

**I HEREBY CERTIFY** that on this same date I electronically filed the foregoing through the CM/ECF system, which will send notification of such filing to the parties therein registered to receive Notice including the US Trustee.

                                      **C. CONDE & ASSOC.**
                                      */S/Carmen D. Conde Torres*
                                      **Carmen D. Conde Torres, Esq.**
                                      **(USDC No. 207312)**
                                      254 San José Street, 5th Floor
                                      Old San Juan, Puerto Rico 00901
                                      Telephone: 787-729-2900
                                      Facsimile: 787-729-2203
                                      E-Mail: *condecarmen@condelaw.com*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO.: 15-07090 |
|---|---|
| NEW STEEL, INC. | CHAPTER 11 |
| Debtor | |

## ACCOUNTANT'S VERIFIED STATEMENT

TO THE HONORABLE COURT:

I, Doris Barroso Vicéns, CPA, from the firm of RSM ROC & Company, Certified Public Accountants and Consultants with offices at Reparto Loyola, 1000 San Roberto, San Juan, Puerto Rico 00926 and postal address: PO Box 10528, San Juan PR 00922-0528, do hereby certify under penalty of perjury that to the best of my knowledge, information and belief the following is true and correct:

1. That I am a Certified Public Accountant, licensed under the laws of Puerto Rico and a partner of the firm of RSM ROC & Company.

2. The professional services in connection with this bankruptcy petition, including any related matter to debtors' finances, such as:

   a. Preparation or review of bankruptcy court required monthly operating reports and reports pursuant to Rule 2015-3 of the Federal Rule of Bankruptcy procedure;

   b. Reconciliation of proof of claims;

   c. Preparation or review of the Debtor's projections;

   d. Analysis of profitability of Debtor's operations;

   e. Assistance in the development or review of plan of reorganization or

        disclosure statements;

    f.    Consultation on strategic alternatives and developments of business plan;

    g.    Any other consulting and expert witness services relating to various bankruptcy matters such as insolvency, feasibility forensic accounting, etc., as necessary.

3. To the best of my knowledge I have no connection with the debtor, the creditors, any party in interest, its attorneys, the US Trustee or any person employed in the office of the United States Trustee, except that RSM ROC & Company has acted as consultants/accountants for the following creditors listed by Debtors in matters unrelated to this case: Departamento de Hacienda (consultants) and Linde Gas Puerto Rico, Inc. (accountants). Additionally, RSM ROC & Company will be the accountant of a related party, American Agencies, Co., Inc., in its bankruptcy proceeding that will be also filed today.

4. To the best of my knowledge, neither I nor any of my employees, represent or hold any interest adverse to the debtors or the estate in the matters upon which I be engaged, pursuant to 11 U.S.C. 327 (a).

5. That I am a disinterested person within the meaning of 11 U.S.C. 101 (14) and my employment are in the best interest of the estate.

6. That I will not share or agree to share with any other person any amounts received as a retainer or to be received as compensation, pursuant to 11 USC 504, except as provided by law.

7. That in connection with the initial services expected to be rendered, a retainer of

$5,000.00 has been required in this case. This retainer was paid by the Debtor.

8. Compensation for professional services to be rendered in this case is agreed as follows:

   a. In the case of Partner a rate from $200.00 to $300.00 per hour, (Mrs. Barroso Vicens' (Partner) current hourly rate is $235.00), plus any costs and expenses;

   b. In the case of Managers and Supervisors, a rate from $100.00 to $150.00 per hour, plus any costs and expenses;

   c. In the case of Semi-Seniors and Seniors, a rate from $75.00 to $90.00 per hour, plus any costs and expenses;

   d. In the case of Staff a rate from $60.00 to $70.00 per hour, plus any costs and expenses.

   The hourly rates are increase every June 1, approximately 10%.

9. I fully understand that any compensation to be received is subject to Court's approval and other future invoices upon proper application and notice thereof. I also agreed to consult with the debtors and debtors' attorney at all times in connection with the work to be performed, if necessary.

10. Pursuant to the provisions of 11 U.S.C. 327 (a) and Federal Rule of Bankruptcy Procedure 2014, copy of the Application for Employment of Debtor's Accountant has been served to the US Trustee.

11. I will amend this statement immediately upon my learning that: a) any of the representations made herein are incorrect, or b) there is any change of

circumstances relating thereto.

12. I have reviewed the provisions of LBR 2016-1.

13. That this verified statement is provided in compliance with Section 327 (a) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedures 2014-1, for the purpose described in Debtors' Application for Appointment of Accountant, with compensation to be allowed upon prior application and notice and hearing there on, if necessary.

14. **I HEREBY CERTIFY** under penalty of perjury that the foregoing is correct, as provided in 28 U.S.C. §1746.

**RESPECTFULLY SUBMITTED.**

In San Juan, P.R., this 15th day of September, 2015.

*[signature]*

**Doris Barroso Vicéns, CPA**
**Partner**
**RSM ROC & Company**
PO Box 10528
San Juan PR 00922-0528
Tel. 787-751-6164
Fax. 787-759-7479

# CURRICULUM VITAE

**DORIS BARROSO VICENS, CPA, CVA, CFF, CGMA**
PO Box 10528
San Juan, Puerto Rico 00922-0528

---

## EMPLOYMENT, PROFESSIONAL HISTORY AND EDUCATION:

| | | |
|---|---|---|
| Employer | : | RSM ROC & Company |
| | | P.O. Box 10528 |
| | | San Juan, Puerto Rico 00922-0528 |
| | | (787) 751-6164 (787) 759-7479 (Fax) |
| | | email – dbarroso@rocpr.net |
| | | Web site – www.rocpr.net |
| | | |
| | | *September 16, 1988 to Present* |
| | | |
| Nature of Business | : | Certified Public Accountants & Consultants |
| | | |
| Duties and Responsibilities | : | Managing Partner, Partner in the Audit and Special Services Divisions, and Partner in charge of the Audit and Accounting Division |

Mrs. Barroso Vicéns has been involved as engagement partner, in audits in such industries as; Government, Agencies, Advertising Agencies, Insurance Companies and Agencies and Service Industries.

Mrs. Barroso Vicéns has also served as a litigation consultant and/or expert witness in a number of cases, mostly in the area of bankruptcy and commercial damages (cancellation or breach of contracts, loss of earnings and business interruption). See attached list.

## EDUCATION

| | | |
|---|---|---|
| College | : | University of Puerto Rico |
| | | 1984 - 1988 Bachelor in Business Administration - Major in Accounting |
| | | |
| Profession | : | Certified Public Accountant |
| | | |
| Other Professional Designation | : | Certified Valuation Analyst (CVA) |
| | | Certified in Financial Forensics (CFF) |
| | | Chartered Global Management Accountant (CGMA) |
| | | |
| Licenses | : | Licensed to practice in Puerto Rico and the State of Pennsylvania |

## MEMBER OF PROFESSIONAL ORGANIZATIONS:

- *American Institute of Certified Public Accountants*
- *Puerto Rico Society of Certified Public Accountants*
- *National Association of Certified Valuation Analysts*

# CURRICULUM VITAE

### DORIS BARROSO VICENS, CPA, CVA, CFF, CGMA
### PO Box 10528
### San Juan, Puerto Rico 00922-0528

Mrs. Barroso Vicéns has participated in audit and accounting seminars offered by the Puerto Rico Society of Certified Public Accountants, the American Institute of Certified Public Accountants and other organizations. Mrs. Barroso Vicéns meets the requirements of Continuing Professional Education of the Puerto Rico Society of Certified Public Accountants and the American Institute of Certified Public Accountants.

Mrs. Barroso Vicéns has authored articles in the field of litigation support services and other related topics (see attached list), and has been involved in a number of industries providing a wide range of services, including:

- Audit of financial statements
- Professional standards implementation
- Financial statement preparation
- Budgetary accounting assistance
- Accounting and administrative control structure evaluation, design and implementation
- Organizational governance
- Compliance with laws and regulations
- Business valuations
- Implementation of new accounting standards
- General management advice
- Litigation support
- Forecast and projections

DORIS BARROSO VICÉNS, CPA, CVA, CFF, CGMA
EXPERT WITNESS IN THE FOLLOWING CASES
(2004-2015)

| CASE NAME | COURT | CASE NUMBER | ACTING AS | TESTIFIED IN DEPOSITION | TESTIFIED IN TRIAL | YEAR | NATURE |
|---|---|---|---|---|---|---|---|
| Maxon Engineering Services, Inc v. Johnston Pump Company | United States District Court for the District of Puerto Rico | 03-16729 (JAF) | Plaintiff's Expert Witness | Yes | Yes | 2004 | Damages under Puerto Rico Dealers' Contract Act (Law 75) |
| Nissan Auto, Inc. v. Departamento de Transportación y Obras Públicas | Commonwealth of Puerto Rico- Tribunal de Primera Instancia- Sala Superior | 97-2292 (KDP) | Defendant's Expert Witness | Yes | Yes | 2004 | Lost Profits |
| Milton Miranda D/B/A Surgical Medical Specialties, Inc. v. Medtronic, Inc. | United States District Court for the District of Puerto Rico | 04-1102 (CC) | Plaintiff's Expert Witness | No | Yes | 2004 | Damages under Puerto Rico Dealers' Contract Act (Law 75) |
| Awning Windows, Inc. | United States District Court for the District of Puerto Rico- Bankruptcy Court | Case No. 04-05802 (SEK) | Debtor's Expert Witness | No | No | 2005 | Bankruptcy -Chapter 11 |
| Redondo Construction Corporation | United States District Court for the District of Puerto Rico- Bankruptcy Court | Case No. 02-02887 (GAC) | Debtor's Expert Witness | No | No | 2005 | Bankruptcy -Chapter 11 |
| El Comandante Management Company | United States District Court for the District of Puerto Rico-Bankruptcy Court | Case No. 04-10938 (SEK) | Debtor's Expert Witness | Yes | Yes | 2005 | Bankruptcy -Chapter 11 |

DORIS BARROSO VICÉNS, CPA, CVA, CFF, CGMA
EXPERT WITNESS IN THE FOLLOWING CASES
(2004-2015)

| CASE NAME | COURT | CASE NUMBER | ACTING AS | TESTIFIED IN DEPOSITION | TESTIFIED IN TRIAL | YEAR | NATURE |
|---|---|---|---|---|---|---|---|
| El Comandante Management Company | Racing Board of Puerto Rico | Case No. JH05-07 | Debtor's Expert Witness | No | Yes | 2006 | License Application |
| Senador International, Inc. H/N/C International Reps. v. Symmons Industries, Inc. | Commonwealth of Puerto Rico- Tribunal de Primera Instancia- Sala Superior | FPE06-1066 (404) | Plaintiff's Expert Witness | No | No | 2009 | Damages under Puerto Rico Dealers' Contract Act (Law 75) |
| Advance Export, Inc. v Medline Industries, Inc. et al | United States District Court for the District of Puerto Rico | | Plaintiff's Expert Witness | No | No | 2009 | Damages under Puerto Rico Dealers' Contract Act (Law 75) |
| Empresas Massó | United States District Court for the District of Puerto Rico-Bankruptcy Court | 08-05879 (GAC) | Debtor's Expert Witness | No | No | 2009 | Bankruptcy - Chapter 11 |
| Bora Bora, Inc. | United States District Court for the District of Puerto Rico-Bankruptcy Court | 09-03693 (ESL) | Debtor's Expert Witness | No | No | 2009 | Bankruptcy - Chapter 11 |
| WestPoint Apparel Group, Inc. | United States District Court for the District of Puerto Rico- Bankruptcy Court | 08-08103 (BKT) | Debtor's Expert Witness | No | No | 2009 | Bankruptcy - Chapter 11 |
| Dr. Manuel Prats-Vega | United States District Court for the District of Puerto Rico- Bankruptcy Court | 09-08785 (BKT) | Debtor's Expert Witness | No | No | 2009 | Bankruptcy - Chapter 11 |

DORIS BARROSO VICÉNS, CPA, CVA, CFF, CGMA
EXPERT WITNESS IN THE FOLLOWING CASES
(2004-2015)

| CASE NAME | COURT | CASE NUMBER | ACTING AS | TESTIFIED IN DEPOSITION | TESTIFIED IN TRIAL | YEAR | NATURE |
|---|---|---|---|---|---|---|---|
| AAA Imports, Inc. and Carian Management | United States District Court for the District of Puerto Rico- Bankruptcy Court | 10-04048 (BKT) | Debtor's Expert Witness | No | No | 2010 | Bankruptcy - Chapter 11 |
| Clendo Laboratories | United States District Court for the District of Puerto Rico- Bankruptcy Court | 10-03931 (BKT) | Debtor's Expert Witness | No | No | 2010 | Bankruptcy - Chapter 11 |
| Supplies & Services, Inc. and RAG Inc. | United States District Court for the District of Puerto Rico- Bankruptcy Court | 10-07157 (BKT) | Debtor's Expert Witness | No | No | 2010 | Bankruptcy - Chapter 11 |
| On the Grill, Inc. | United States District Court for the District of Puerto Rico- Bankruptcy Court | 10-08442- (ESL) | Debtor's Expert Witness | No | No | 2010 | Bankruptcy - Chapter 11 |
| Dr. Sadi R. Antonmattei | United States District Court for the District of Puerto Rico- Bankruptcy Court | 11-00791 (SEK) | Debtor's Expert Witness | No | No | 2011 | Bankruptcy - Chapter 11 |
| San Juan Bautista Medical Center, Inc. | United States District Court for the District of Puerto Rico- Bankruptcy Court | 11-02270 (BKT) | Debtor's Expert Witness | No | No | 2011 | Bankruptcy - Chapter 11 |

DORIS BARROSO VICÉNS, CPA, CVA, CFF, CGMA
EXPERT WITNESS IN THE FOLLOWING CASES
(2004-2015)

| CASE NAME | COURT | CASE NUMBER | ACTING AS | TESTIFIED IN DEPOSITION | TESTIFIED IN TRIAL | YEAR | NATURE |
|---|---|---|---|---|---|---|---|
| Junco Steel Corporation | United States District Court for the District of Puerto Rico- Bankruptcy Court | 11-00827 | Unsecured Creditors Committee's Expert Witness | No | No | 2011 | Bankruptcy - Chapter 11 |
| Cartonera Quebradillana, Inc. | United States District Court for the District of Puerto Rico- Bankruptcy Court | 11-07996-EAG | Debtor's Expert Witness | No | No | 2011 | Bankruptcy - Chapter 11 |
| Ponce de León 1403, Inc. | United States District Court for the District of Puerto Rico- Bankruptcy Court | 11-07920 (ESL) | Debtor's Expert Witness | Yes | Yes | 2011 | Bankruptcy – Chapter 11 |
| Haras Santa Isabel, Inc. | United States District Court for the District of Puerto Rico- Bankruptcy Court | 10-06672 (MCF) | Creditor's Expert Witness | No | No | 2011 | Bankruptcy – Chapter 11 |
| National Promoters and Services, Inc. | United States District Court for the District of Puerto Rico- Bankruptcy Court | 12-01076 (ESL) | Debtor's Expert Witness | No | Yes | 2012 | Bankruptcy – Chapter 11 |
| Next Step Medical Co., Inc. | United States District Court for the District of Puerto Rico- | 11-1412 | Plaintiff's Expert Witness | Yes | No | 2012 | Damages under Puerto Rico Dealers' Contract Act (Law #75) |

DORIS BARROSO VICÉNS, CPA, CVA, CFF, CGMA
EXPERT WITNESS IN THE FOLLOWING CASES
(2004-2015)

| CASE NAME | COURT | CASE NUMBER | ACTING AS | TESTIFIED IN DEPOSITION | TESTIFIED IN TRIAL | YEAR | NATURE |
|---|---|---|---|---|---|---|---|
| Sandra Viscal v. Antonio Rivera | Tribunal de Primera Instancia Sala Superior de San Juan | KDI-2011-0592 (702) | Defendant's Expert Witness | No | No | 2012 | Divorce |
| MJS Las Croabas Properties, Inc./Ocean Club at Seven Seas | United States District Court for the District of Puerto Rico- Bankruptcy Court | 12-05710 (ESL) | Debtor's Expert Witness | No | No | 2012 | Bankruptcy – Chapter 11 |
| Carlos Capacete v. UBS Financial Services, Inc. | FINTRA Mediation | 11-04211 | Defendant's Expert Witness | No | Yes | 2012 | FINRA Dispute Arbitration |
| Millennium Institute for Advanced Nursing Care, Inc. | United States District Court for the District of Puerto Rico- Bankruptcy Court | 12-02689 (BKT) | Debtor's Expert Witness | No | No | 2012 | Bankruptcy – Chapter 11 |
| Sabana del Palmar, Inc. d/b/a Mirabal Village | United States District Court for the District of Puerto Rico- Bankruptcy Court | 12-06177 (EAG) | Debtor's Expert Witness | No | No | 2012 | Bankruptcy – Chapter 11 |
| Lilly del Caribe, Inc. v. Benchmark Products LLC | Tribunal de Primera Instancia Sala Superior de Carolina | Civil Case No. FCD 2011-1274 (408) | Plaintiff's Expert Witness | No | No | 2012 | Collection of Monies |
| Miguel Maldonado López d/b/a El Ladrillo Restaurant | District Court for the District of Puerto Rico- Bankruptcy Court | 12-07840 (EAG) | Debtor's Expert Witness | No | No | 2012 | Bankruptcy – Chapter 11 |

DORIS BARROSO VICÉNS, CPA, CVA, CFF, CGM/A
EXPERT WITNESS IN THE FOLLOWING CASES
(2004-2015)

| CASE NAME | COURT | CASE NUMBER | ACTING AS | TESTIFIED IN DEPOSITION | TESTIFIED IN TRIAL | YEAR | NATURE |
|---|---|---|---|---|---|---|---|
| Pedro López Muñoz | District Court for the District of Puerto Rico- Bankruptcy Court | 13-08171 (EAG) | Debtor's Expert Witness | Yes | Yes | 2013 | Bankruptcy – Chapter 11 |
| Vaquería El Verdor, Inc. | District Court for the District of Puerto Rico- Bankruptcy Court | 14-03728 (MCF) | Debtor's Expert Witness | No | No | 2014 | Bankruptcy – Chapter 11 |
| Casiano Communications | District Court for the District of Puerto Rico- Bankruptcy Court | 14-08256 (BKT 11) | Debtor's Expert Witness | No | No | 2014 | Bankruptcy – Chapter 11 |
| Direct Responsource, Inc. | District Court for the District of Puerto Rico- Bankruptcy Court | 14-08256 (BKT 11) | Debtor's Expert Witness | No | No | 2014 | Bankruptcy – Chapter 11 |
| Dr. José L. Lizardi Ortiz | District Court for the District of Puerto Rico- Bankruptcy Court | 15-03076-MCF | Debtor's Expert Witness | No | No | 2015 | Bankruptcy – Chapter 11 |

# LIST OF ARTICLES AUTHORED BY DORIS BARROSO-VICÉNS, CPA, CVA, CFF, CGMA

| Publication | Date | Title |
|---|---|---|
| Litigation Consultants, LLC, National Litigation Consultants' Review | February 2002 | *Business Interruption Claims – How Important Is It To Retain Appropriate Experts?* (with Fernando Rodríguez Amaro, CPA, CFE, CVA, CFF, CGMA) |
| Litigation Consultants, LLC, National Litigation Consultants' Review | September 2002 | *Valuing a Business, Do They Really Need To?* |
| Litigation Consultants, LLC, National Litigation Consultants' Review | December 2003 | *Business Valuation Knowledge: A Valuable Tool For The Professional Involved In Bankruptcy Proceedings* |
| Litigation Consultants, LLC, National Litigation Consultants' Review | May 2004 | *Common Issues in Computing Lost Profits* (with Fernando Rodríguez Amaro, CPA, CFE, CVA, CFF, CGMA) |
| Litigation Consultants, LLC, National Litigation Consultants' Review | December 2004 | *Business Valuation Involving Minority Interest in Closely Held Business* (with Raúl Hernández, CPA, CFE) |
| Litigation Consultants, LLC, National Litigation Consultants' Review | May 2005 | *Computing Lost Profits in Recently Started Business* (with Fernando Rodríguez Amaro, CPA, CFE, CVA, CFF, CGMA) |
| Litigation Consultants, LLC, National Litigation Consultants' Review | May 2006 | *Providing Bankruptcy Services To The Debtor – Complexities Come in Many Forms* (with Fernando Rodríguez Amaro, CPA, CFE, CVA, CFF, CGMA) |
| Litigation Consultants, LLC, National Litigation Consultants' Review | December 2006 | *Performing a Business Valuation of a Family-Owned Business-Unique Characteristics* (with Fernando Rodríguez Amaro, CPA, CFE, CVA, CFF, CGMA) |