IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO.: 15-07088 (BKT) |
| AMERICAN AGENCIES CO., INC. | |
| Debtor in Possession | CHAPTER 11 |
| IN RE: | CASE NO.: 15-07090 (BKT) |
| NEW STEEL, INC. | |
| Debtor in Possession | CHAPTER 11 |

**URGENT MOTION FOR ORDER UNDER 11 USC 105, 363, 1107 AND 1108 AUTHORIZING MAINTENANCE OF EXISTING BANK ACCOUNTS AND CONTINUED USE OF CASH MANAGEMENT SYSTEM**

**TO THE HONORABLE COURT:**

**COME NOW**, American Agencies Co., Inc. and New Steel, Inc. (hereinafter the "Debtors") through the undersigned attorney and very respectfully **STATES** and **PRAYS**:

1. On September 15, 2015, the Debtors filed their respective petitions for relief pursuant to the provisions of Chapter 11 of the Bankruptcy Code. The Debtors have continued to manage and operate their business as a debtor-in-possession pursuant to 11 USC 1107 and 1108.

2. The Debtors requested on the petition date the substantive consolidation of the cases. Due notice was provided to all creditors and parties in interest and the matter is pending the adjudication by the Court. (Docket 7) Due to the fact that the Debtors' estates will be consolidated, the Debtors have only opened the three DIP accounts for American Agencies Co., Inc. (which is the lead case). No new accounts have been opened for New Steel, Inc.

1

3. Furthermore, on this same date the Debtors have filed an urgent motion seeking authorization to use the cash collateral (Docket 8) The Debtors have requested interim relief for a period of fifteen (15) days in order to cover their immediate operating expenses. During this period the Debtors will negotiate with Banco Popular de Puerto Rico in order to seek an agreement for the permanent use of the cash collateral. Therefore, the Debtors do not wish to alter their cash management system and maintain the required accounts under the credit agreement until an agreement is reached with the bank or the Honorable Court orders otherwise.

4. In order to avoid duplicative expenses, disruption of the payment of their current payroll, to be able to honor checks in transit and to have an orderly reporting of their accounts, the Debtors seek the entry of an order under sections 105 (a), 363,1107 and 1108 of the Bankruptcy Code:

   a. Authorizing the continued use of its centralized cash management system and procedures;

   b. Authorizing the maintenance and continued use of some of its existing bank accounts and;

   c. Waiving certain operating guidelines related to bank accounts set forth in the United States Department of Justice, Office of the United States Trustee: Operating Guidelines for Chapter 11 Cases ("The UST Guidelines"), adopted by the United States Trustee for the District of Puerto Rico ("The UST") under the terms and conditions detailed below.

5. This request is made for a maximum of thirty (30) days in order for the Court to adjudicate the motion for substantive consolidation of the cases, to allow the Debtor to make the necessary adjustments to its system in order to implement through the new DIP accounts its cash management procedures and for the Debtors to negotiate with the bank the permanent use of the cash collateral.

6. Prior to the petition date the Debtors used, in the ordinary course of business, a centralized cash management system to pay the operating and administrative expenses in connection therewith, including its payroll expenses, taxes, suppliers and vendors.

7. Prior to the filing of the bankruptcy petition the Debtors had the following accounts:

    a. American Agencies Co., Inc.:

        i. Banco Popular de Puerto Rico, Account No.: 035-03888 (Operational) - This account is an account that the Debtor uses in order to cover its operational and administrative expenses. The same is used to process, among other things the payroll of its employees, taxes and vendors. The Debtor has a direct deposit system of its payroll where funds are transferred from this account to the bank accounts of its employees. Currently there are outstanding checks that have not been collected. The Debtor requires that this account remain open as part of its cash management system for at least a 30 day period.

        ii. Banco Popular de Puerto Rico, Account No.: 030-015456 (Cancer Center)- The Debtor receives payments and makes disbursements related to the Cancer Center project in this account. The Debtor requires that this account

3

remain open as part of its cash management system for at least a 30 day period.

iii. Banco Popular de Puerto Rico, Account No.: 030-825539 (Marginal) - This is a marginal account required under the terms and conditions of the credit agreement executed with its secured lender Banco Popular de Puerto Rico. The Debtor makes daily deposits from the collections of its account receivables and sales to this account. The secured lender thereafter proceeds to debit the payments to the loans and transfers are made to the operating account of any excess balance. The Debtor requires that these account remain open as part of its cash management system for at least 30 days.

b. New Steel, Inc.:

i. Banco Popular de Puerto Rico, Account No.: 035-038896 (Operating) - This is a "zero balance" operating account which is linked to the operating account of American Agencies Co., Inc. This account is used to make all payments of the Debtor's operating expenses including payroll, taxes and vendors. The Debtor has a direct deposit system of its payroll where funds are transferred from this account to the bank accounts of its employees. Currently there are outstanding checks that have not been collected. The Debtor requires that these account remain open as part of its cash management system for at least 30 days.

    ii. Banco Popular de Puerto Rico, Account No.: 035-262389 (Miscellaneous)- This account is used to make miscellaneous payments of the Debtor which are not covered by the operating account. Also transfers to the operating account of American Agencies Co., Inc. are made from this account in order to cover any necessary expense under the joint cash management system. The Debtor requires that this account remain open as part of its cash management system for at least 30 days.

    iii. Banco Popular de Puerto Rico, Account No.: 5549691000 (Marginal) - This is a marginal account required under the terms and conditions of the credit agreement executed with its secured lender Banco Popular de Puerto Rico. The Debtor makes daily deposits from the collections of account receivables and sales to this account. The secured lender thereafter proceeds to debit the payments to the loans and transfers are made to the operating account of any excess balance. The Debtor requires that these account remain open as part of its cash management system for at least 30 days.

8. The Debtors have used this integrated cash management system for several years and are familiar with its implementation and operation. The Debtors are capable of monitoring the same from their offices and adequately provide daily reporting of the same. Also, third parties related to the operation of the business rely on this cash management system including the employees which receive payment of their payroll by means of direct deposit from the Debtors' operating accounts.

9. The payroll of the employees of New Steel, Inc. and the manufacturing and warehouse employees of American Agencies Co., Inc is paid on a weekly basis. The payroll of the administrative employees of American Agencies Co., Inc. is paid in a bi-weekly basis. Therefore, in order to be able to make the immediate payroll payments, the Debtors need to maintain this cash management system in place or the payroll to their employees may not be processed.

10. The Debtors have not received the permanent checks for the new DIP accounts and they only have several provisional checks provided by the bank. Therefore, they cannot make their payroll payments with checks and depend on the current cash management system which provides for the direct deposit of the payroll.

11. As stated, the Debtors have opened DIP accounts in compliance with the Guidelines of the United States Trustee's Office. Nevertheless, the Debtor is unable to abruptly alter its cash management system without causing an interruption in the inflow of cash and the payment of its post petition obligations, mainly payment of payroll and any checks in transit to vendors or taxes. Therefore, the Debtor requires a term of 30 days to change the payment system.

12. The Debtors will monitor the accounts on a daily basis, maintain adequate and precise record of all transactions. Once this Honorable Court grants the Debtors' request for substantive consolidation of the cases, the Debtors will sweep these accounts to the DIP Operating Account on a daily basis as soon as the DIP accounts are ready. As stated above, the Debtors have already commenced the process to open DIP accounts for American Agencies Co., Inc. and obtain the checks.

13. The Debtors are herein requesting the term of 30 days in order to request the change in the system to the new DIP bank accounts. This requested extension is in the benefit of the Debtors, the estates, its employees and its creditors. It will assure the continued operations in an organized fashion.

14. Due to the urgency of this matter and the Debtors' immediate need to pay their payroll and other checks in transit, the Debtors request that the objection period be reduced to three (3) days pursuant to FRBP 9006 (c).

## NOTICE

Within three (3) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's Office of the United States Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the court, the interest of justice requires otherwise.

**WHEREFORE** the Debtors very respectfully requests that this Honorable Court allow them to (i) maintain the current cash management system and pre-petition existing bank accounts at the financial institution listed above for maximum a term of thirty (30) days until the Court adjudicates the motion for substantive consolidation of the cases and the Debtors are able to complete the internal process for the change in the deposit system to the DIP accounts. Debtors further request that the objection period be reduced to three (3) days.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 16th day of September 2015.

**I HEREBY CERTIFY** that on this same date I electronically filed the foregoing through the CM/ECF system, which will send notification of such filing to the parties therein registered to receive Notice including the US Trustee and by first class mail to all creditors and parties in interest as per the Master Address List herein attached..

**C. CONDE & ASSOC.**
/s/Carmen D. Conde Torres
Carmen D. Conde Torres, Esq.
USDC No. 207312
/s/Luisa S. Valle Castro
Luisa S. Valle Castro. Esq.
USDC No. 215611
254 San José Street, 5th Floor
Old San Juan, Puerto Rico   00901
Tel.: 787-729-2900
Fax: 787-729-2203
E-Mail: ls.valle@condelaw.com

```
Label Matrix for local noticing        AMERICAN AGENCIES CO INC              US Bankruptcy Court District of P.R.
0104-3                                 PO BOX 9021216                        Jose V Toledo Fed Bldg & US Courthouse
Case 15-07088-BKT11                    SAN JUAN, PR 00902-1216               300 Recinto Sur Street, Room 109
District of Puerto Rico                                                      San Juan, PR 00901-1964
Old San Juan
Wed Sep 16 16:36:08 AST 2015

65 RENTAL & SALE CORP.                 ACCREDITED LOCK SUPPLY                ADAMS RITE MANUFACTURING
PO BOX 29614                           PO BOX 1442                           10027 S  51ST STREET
SAN JUAN, PR 00929-0614                SECAUCUS, NJ 07096-1442               SUITE 102
                                                                             PHOENIX, AZ 85044-5219

ADAN FORTY NIEVES                      ADRILEX CONSTRUCTION SERVICES, INC.   AIR LOUVERS
APARTADO 193                           EDIFICIO LA ELECTRONICA               SDS 12-1132
CANOVANAS, PR 00729-0193               1608 CALLE BORI  SUITE 219-B          PO BOX 86
                                       SAN JUAN, PR 00927-6112               MINNEAPOLIS, MN 55486-1132

ALCALDE AUTO PARTS, INC.               ALLIED WASTE SERVICES                 ALUMA SYSTEMS
PO BOX 191104                          PO BOX 51986                          PO BOX 4040
SAN JUAN, PR 00919-1104                TOA BAJA, PR 00950-1986               CAROLINA, PR 00984-4040

ANACLETO JIMENEZ RODRIGUEZ             ANDRES DELGADO                        ANGELINA LOPEZ LOPEZ
PO BOX 129                             HC-03  BOX 12681                      PO BOX 129
CAROLINA, PR 00986-0129                CAROLINA, PR 00987-9635               CAROLINA, PR 00986-0129

ASSA, INC.                             ASTRO INDUSTRIAL SUPPLY               AT&T MOBILITY
PO BOX 640722                          PO BOX 9022461                        PO BOX 6463
PITTSBURG, PA 15264-0722               SAN JUAN, PR 00902-2461               CAROL STREAM, IL 60197-6463

AURORA M. GALLIANO PARDO               AUTOCENTRO TOYOTA                     AXESA DE PR
PO BOX 769                             1090 MU OZ RIVERA AVE.                400 AVE. AMERICO MIRANDA
CAGUAS, PR 00726-0769                  SAN JUAN, PR 00927-5034               ESQ. EXPRESO LAS AMERICAS
                                                                             SAN JUAN, PR 00927-5142

BANCO POPULAR DE PR                    BLUELINE RENTAL PR, INC.              C.R. LAWRENCE CO., INC.
PO BOX 362708                          PO BOX 840275                         PO BOX 58923
SAN JUAN, PR 00936-2708                DALLAS, TX 75284-0275                 LOS ANGELES, CA 90058-0923

CAFE YAUCONO                           CAL-ROYAL PRODUCTS, INC.              CANCER CENTER HOSPITAL
PO BOX 51985                           6605 FLOTILLA STREET                  BO. MONACILLOS URBANOS
TOA BAJA, PR 00950-1985                CITY OF COMMERCE                      SAN JUAN, PR 00921
                                       LOS ANGELES, CA 90040-1815

CARIBBEAN EXPRESS FREIGHT, INC.        CARIBBEAN PENSION PLAN ADM.           CARIBE TECNO, S.E.
PO BOX 51960                           ATTN. SUSAN ROSENBERG                 PO BOX 360099
TOA BAJA, PR 00950-1960                1900 NW CORP. BLVD SUITE 400 W        SAN JUAN, PR 00936-0099
                                       BOCA RATON, FL 33431-8502
```

| | | |
|---|---|---|
| CARLOS A. MARQUEZ<br>BO. SAINT JUST<br>CALLE AGUACATE #299<br>TRUJILLO ALTO, PR 00976-2807 | CARLOS RIOS<br>VILLA DE LOIZA<br>CALLE 24 A-04<br>CANOVANAS, PR 00729 | CARLOS RODRIGUEZ<br>SAN FERNANDO VILLAGE<br>APTO# 301<br>CAROLINA, PR 00987-6961 |
| CENTRO PINTURAS CAROLINA, INC.<br>PO BOX 29916<br>SAN JUAN, PR 00929-0916 | CERTIFIED RIGGING & LIFTING CO.<br>PO BOX 9233<br>PLAZA CAROLINA STATION<br>CAROLINA, PR 00988-9233 | COCKRAM PROJECTS, INC.<br>METRO OFFICE PARK<br>STREET 1 BUILDING 11 SUITE 106<br>GUAYNABO, PR 00968 |
| CORNELL IRON WORKS, INC.<br>PO BOX 416872<br>BOSTON, MA 02241-6872 | CORTELCO SYSTEMS PR, INC.<br>PO BOX 5249<br>CAGUAS, PR 00726-5249 | CRESPO ICE PLANT, INC.<br>1173 CALLE CANADA<br>SAN JUAN, PR 00920-3828 |
| CRIM<br>PO BOX 195387<br>SAN JUAN, PR 00919-5387 | DANIEL DELGADO LOPEZ<br>PMB 281<br>CALL BOX 20000<br>CANOVANAS, PR 00729-0042 | DANIEL OSORIO<br>HC-01 BOX 11128<br>CAROLINA, PR 00987-9659 |
| DEPARTAMENTO DE HACIENDA<br>PO BOX 9024140<br>SAN JUAN, PR 00902-4140 | DEPT. DEL TRABAJO Y RECURSOS HUMANOS<br>PO BOX 191020<br>SAN JUAN, PR 00919-1020 | DESARROLLOS METROPOLITANOS<br>PO BOX 9417<br>SAN JUAN, PR 00908-0417 |
| DETEX CORP.<br>302 DETEX DRIVE<br>NEW BRAUNFELS, TX 78130-3099 | DORMA USA, INC.<br>PO BOX 6312<br>CAROL STREAM, IL 60197-6312 | DPM CORPORATION<br>AVE. JOSE DE DIEGO #312<br>SUITE 305<br>SAN JUAN, PR 00909 |
| EDGARDO CARRION<br>HC-43 BOX 11721<br>CAYEY, PR 00736-9224 | EDUARD ELECTRICAL & MECH.<br>ML 505 BOX 145400<br>CINCINNATI, OH 45250-5400 | ELVIN ENCARNACION<br>HC-03 BOX 12432<br>CAROLINA, PR 00987-9618 |
| ENGINEERED PARTS & SERVICES, INC.<br>PO BOX 1899<br>VEGA ALTA, PR 00692-1899 | EUGENIO MARTINEZ<br>HC-02 BOX 10698<br>YAUCO, PR 00698-9680 | F&R CONSTRUCTION CORP.<br>PO BOX 9932<br>SAN JUAN, PR 00908-0932 |
| F.D.S.E.<br>PO BOX 365028<br>SAN JUAN, PR 00936-5028 | FEDERAL EXPRESS CORP.<br>PO BOX 371461<br>PITTSBURG, PA 15250-7461 | FIRE FOE, INC.<br>PO BOX 4656<br>CAROLINA, PR 00984-4656 |
| GONZALEZ SANI-TECH, INC.<br>PO BOX 6476<br>MAYAGUEZ, PR 00681-6476 | GONZALEZ TRADING CORP.<br>PO BOX 364884<br>SAN JUAN, PR 00936-4884 | GRAINGER CARIBE, INC.<br>DEPT. 875225258<br>PALATINE, IL 60038-0001 |

| | | |
|---|---|---|
| GRISELLE DOMINGUEZ<br>SAN PEDRO ESTATES<br>B-13 SAN PEDRO<br>CAGUAS, PR 00725-7640 | HAGER HINGE COMPANY<br>PO BOX 953057<br>SAINT LOUIS, MO 63195-3057 | HANCHETT ENTRY SYSTEMS, INC.<br>PO BOX 644009<br>PITTSBURGH, PA 15264-4009 |
| HECTOR MELENDEZ<br>URB. LA HACIENDA<br>CALLE MEDIA LUNA #14<br>CAGUAS, PR 00725 | HECTOR OCASIO PIZARRO<br>VILLA CAROLINA<br>CALLE 74 116-16<br>CAROLINA, PR 00985-4117 | HEMCO CONSTRUCTION CORP.<br>PO BOX 193598<br>SAN JUAN, PR 00919-3598 |
| HILTI CARIBE, LLC.<br>PO BOX 194949<br>SAN JUAN, PR 00919-4949 | IMPRESOS RAMOS<br>CAPARRA TERRACE<br>AVE. JESUS T. PI ERO #1223<br>SAN JUAN, PR 00920-5502 | INDUMET CORPORATION<br>PO BOX 1285<br>CAGUAS, PR 00726-1285 |
| INSTANT PRINT COPR.<br>PO BOX 190540<br>SAN JUAN, PR 00919-0540 | IRS<br>CITIVIEW PLAZA NO II<br>48 CARR 165 SUITE 2000<br>GUAYNABO, PR 00968-8000 | IRS<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| IVAN ROMAN<br>HC-06 BOX 75559<br>CAGUAS, PR 00725-9521 | IVAN ROMAN RUIZ<br>HC-06 BOX 75559<br>BO. RIO CA AS<br>CAGUAS, PR 00725-9521 | JORGE F. VENDRELL BORELLI<br>ENTRE RIOS<br>CALLE PLAYA SERENA #152<br>TRUJILLO ALTO, PR 00976 |
| JORGE TIRADO<br>CORDOBA PARK<br>APTO# 21-D<br>SAN JUAN, PR 00926 | JORGE VENDRELL<br>ENTRE RIOS<br>CALLE PLAZA SERENA 152<br>TRUJILLO ALTO, PR 00976 | JOSE A. GONZALEZ<br>HC-01 BOX 2136<br>LOIZA, PR 00772-9702 |
| JOSE A. MERCADO<br>RES. VILLA KENNEDY<br>EDIF 9 APTO# 209<br>SAN JUAN, PR 00924 | JOSE L. CAMACHO<br>URB. LAS COLINAS<br>CALLE 1 #68<br>VAGA ALTA, PR 00692-7102 | JOSE R. HERNANDEZ<br>PO BOX 769<br>CAGUAS, PR 00726-0769 |
| JOSE R. HERNANDEZ GIERBOLINI<br>PO BOX 679<br>CAGUAS, PR 00726 | JOVIRI, INC.<br>AVE. PONCE DE LEON #1554<br>BO. MONACILLOS<br>SAN JUAN, PR 00926-2706 | JUAN ALGARIN<br>VILLA GRACIELA<br>CALLE C. FERNANDEZ A-3<br>JUNCOS, PR 00777-3005 |
| JUAN CORTES<br>HC-01 BOX 11372<br>CAROLINA, PR 00987-9678 | JUAN MONTES<br>PO BOX 13<br>SAN JUAN, PR 00902-0013 | JUAN ORTIZ<br>HC-02 BOX 14447<br>CAROLINA, PR 00987-9717 |
| KEVIN DOMINGUEZ<br>URB. PARQUE ECUESTRE #37<br>E5 #37<br>CAROLINA, PR 00987 | KNICKERBOCKER APART. CORP.<br>156-36 CROSS BAY BLVD.<br>HOWARD BEACH, NY 11414-2749 | LA CASA DE LOS TORNILLOS<br>PO BOX 365047<br>SAN JUAN, PR 00936-5047 |

```
LAMBTON DOOR                    LAWRANCE HARDWARE 1, INC.      LEONARDO DELGADO
235 2ND AVENUE                  1624 SOUTH CLINTON STREET      JARDINES DE PARMAREJO
LAMBTON, PQ GOM IHO             CHICAGO, IL 60616-1110         CALLE 5  L-5
CANADA                                                         CANOVANAS, PR 00729-2844


LINDA G. VAZQUEZ                LINDE GAS PR. INC.             LUIS A. QUI ONES
BORINQUEN TOWER 1               PO BOX 71491                   CAROLINA HOUSING
APTO# 913                       SAN JUAN, PR 00936-8591        EDIF 5 APTO#50
SAN JUAN, PR 00920                                             CAROLINA, PR 00987


LUIS A. VAZQUEZ OTERO           LUIS CASTRO                    LUIS COTTO
COND. MONTEBELLO ESTATES        URB LA CENTRAL                 HC-03  BOX 7249
APTO.# F-12                     CALLE 2 PARCELA  98            CANOVANAS, PR 00729-9710
SAN JUAN, PR 00926              CANOVANAS, PR 00729


LUIS E. PEREZ                   LUIS FIGUEROA                  LUIS R. CEPEDA
HC-03 BOX 12625                 CALLE 2  #158                  PARCELAS FALU
CAROLINA, PR 00987-9635         SAINT JUST, PR 00976-2824      CALLE 45-A  #253-C
                                                               SAN JUAN, PR 00924-3179


LUZ A. TORRES                   MAGIC TRANSPORT, INC.          MASTER LOCK COMPANY, LLC
RR 3  BOX 10968-1               PO BOX 360729                  PO BOX 677799
TOA ALTA, PR 00953-7933         SAN JUAN, PR 00936-0729        DALLAS, TX 75267-7799


MCKINNEY PRODUCTS CO.           MCNICHOLS CO.                  MELVIN MORALES
PO BOX 640766                   PO BOX 101211                  HC-03  BOX 12241
PITTSBURGH, PA 15264-0766       ATLANTA, GA 30392-1211         CAROLINA, PR 00987-9617


MIGUEL MOLINA                   MM SUPPLY, INC.                NATHANAEL FLORES
PO BOX 534                      PO BOX 37384                   ALTURAS DE CAMPO RICO
CANOVANAS, PR 00729-0534        SAN JUAN, PR 00937-0384        CALLE 7  #846
                                                               CANOVANAS, PR 00729


NEW STEEL, INC.                 NU-VUE INDUSTRIES OF PR        OFFICE DEPOT
PO BOX 9021516                  PO BOX 10087                   PO BOX 88040
SAN JUAN, PR 00902-1516         SAN JUAN, PR 00922-0087        CHICAGO, IL 60680-1040


OFFICE-IT                       OMEGA ENGINEERING, LLC.        OMIR MENDEZ
PMB 245 SUITE 102               PO BOX 363823                  ANTONIO R. BARCELO #34
405 AVE. ESMERALDA              SAN JUAN, PR 00936-3823        CIDRA, PR 00739-3444
GUAYNABO, PR 00969-4482


OMIR MENDEZ DIAZ & DESIREE ARAUJO   OMNIA INDUSTRIES, INC.     ORPI, INC.
URB. VILLA HUCAR                    PO BOX 330                 PO BOX 194621
CALLE ALMENDRO  A-15                CEDAR GROVE, NJ 07009-0330 SAN JUAN, PR 00919-4621
SAN JUAN, PR 00926-6819
```

| | | |
|---|---|---|
| OSCAR FARGAS<br>HC-02 BOX 1447<br>CAROLINA, PR 00984 | OSVALDO TORRES<br>URB. SIERRA LINDA<br>CALLE 5 K-44<br>BAYAMON, PR 00957-2141 | OVERLY DOOR COMPANY<br>PO BOX 70<br>GREENSBURG, PA 15601-0070 |
| PASCUAL ROSARIO<br>HC-01 BOX 12811<br>CAROLINA, PR 00985 | PEMKO MFG. CO.<br>PO BOX 3100-1250<br>PASADENA, CA 91110-1250 | PEP BOYS<br>PO BOX 8500-50445<br>PHILADELPHIA, PA 19178-0445 |
| PIONEER INDUSTRIES, INC.<br>PO BOX 333<br>BRATTLEBORO, VT 05302-0333 | PITNEY BOWES PR, INC.<br>PO BOX 11662<br>SAN JUAN, PR 00922-1662 | PR DEPARTMENT OF JUSTICE<br>PO BOX 9020192<br>SAN JUAN, PR 00902-0192 |
| PR WIRE PRODUCTS, INC.<br>PO BOX 363167<br>SAN JUAN, PR 00936-3167 | PRASA<br>PO BOX 7066<br>SAN JUAN, PR 00916-7066 | PRENDES SAFETY<br>COND. MANSIONES DE GARDEN HILLS<br>APTO. 17F<br>GUAYNABO, PR 00966 |
| PREPA<br>PO BOX 3670151<br>SAN JUAN, PR 00936-0151 | PRISCILA MENENDEZ<br>URB. SAGRADO CORAZON<br>SAN GENARO 354<br>SAN JUAN, PR 00926-4106 | PRISCILA MENENDEZ RODRIGUEZ<br>255 CALLE ROSARIO APTO.# 110<br>SAN JUAN, PR 00912-3107 |
| QUALITY INDUSTRIAL SAFETY CORP.<br>PO BOX 362077<br>SAN JUAN, PR 00936-2077 | RAFAEL RODRIGUEZ<br>URB. SANTA JUANA II<br>CALLE 5 B-10<br>CAGUAS, PR 00725-2016 | RAMON MASSA<br>BO. JAGUEYES<br>CARR. 797<br>CANOVANAS, PR 00729 |
| RICOH PUERTO RICO, INC.<br>PO BOX 71459<br>SAN JUAN, PR 00936-8559 | ROBERTO CARBONELL CRUZ<br>PO BOX 8185<br>CAROLINA, PR 00986-8185 | ROBERTO PASTRANA<br>PO BOX 7249<br>CANOVANAS, PR 00729 |
| ROSALY SANTOS<br>PO BOX 395<br>TRUJILLO ALTO, PR 00977-0395 | SAFETY ZONE<br>PO BOX 2151<br>SAN JUAN, PR 00922-2151 | SARGENT MFG. CO.<br>PO BOX 640777<br>PITTSBURGH, PA 15264-0777 |
| SECURITRON MAGNALOCK CORP.<br>PO BOX 644009<br>PITTSBURGH, PA 15264-4009 | SSW ENGINEERING & CONSTRUCTION, LLC<br>PO BOX 6025828<br>BAYAMON, PR 00960-2828 | SUPER AUTOMOTIVE PRODUCTS<br>PO BOX 70250<br>SUITE 107<br>SAN JUAN, PR 00936-8250 |
| SUSANA AVAGNINA GONZALEZ<br>ENTRE RIOS<br>CALLE PLAYA SERENA #152<br>TRUJILLO ALTO, PR 00976 | TEDDY RENTAL REPAIR & SERVICES<br>PO BOX 10953<br>SAN JUAN, PR 00922-0953 | TRIMCO<br>PO BOX 23277<br>LOS ANGELES, CA 90023-0277 |

TRUJILLO TRUCKING RENTAL, INC.
PO BOX 1281
CAROLINA, PR 00986-1281

UNDERWRITERS LABORATORIES
75 REMITTANCE DRIVE
SUITE 1524
CHICAGO, IL 60675-1524

UNITED STEEL WORKERS
C/O JUAN ROMAN
BLOCK 10 #1 AGUAS BUENAS AVE.
BAYAMON, PR 00959

UNIVERSAL INDUSTRIAL PRODUCTS
PO BOX 628
PIONEER, OH 43554-0628

US DEPARTAMENT OF JUSTICE
PO BOX 227
BEN FRANKLIN STATION
Washington, DC 20044-0227

VANESSA BIBILONI VAZQUEZ
HC-06 BOX 75559
BO. RIO CA AS
CAGUAS, PR 00725-9521

WESTERN AVIATION SERVICE
PO BOX 250447
AGUADILLA, PR 00604-0447

YALE SECURITY, INC.
PO BOX 644001
PITTSBURGH, PA 15264-4001

ZINCALUM CORP.
PO BOX 642
CIDRA, PR 00739-0642

CARMEN D CONDE TORRES
254 SAN JOSE STREET
5TH FLOOR
SAN JUAN, PR 00901-1523

LUISA S VALLE CASTRO
C CONDE & ASSOCIATES
254 CALLE SAN JOSE 5TH FLOOR
SAN JUAN, PR 00901-1523

MONSITA LECAROZ ARRIBAS
OFFICE OF THE US TRUSTEE (UST)
OCHOA BUILDING
500 TANCA STREET SUITE 301
SAN JUAN, PR 00901

End of Label Matrix
Mailable recipients    161
Bypassed recipients      0
Total                  161

```
Label Matrix for local noticing      NEW STEEL, INC.                      US Bankruptcy Court District of P.R.
0104-3                                PO BOX 9021216                       Jose V Toledo Fed Bldg & US Courthouse
Case 15-07090-BKT11                   SAN JUAN, PR 00902-1216              300 Recinto Sur Street, Room 109
District of Puerto Rico                                                    San Juan, PR 00901-1964
Old San Juan
Wed Sep 16 16:36:35 AST 2015

ALFREDO BIRRIEL                       AMERICAN AGENCIES CO. INC.           ANACLETO JIMENEZ
HC-01 BOX 12342                       PO BOX 9021216                       PO BOX 129
CAROLINA, PR 00987                    SAN JUAN, PR 00902-1216              CAROLINA, PR 00986-0129


ANDRES CARRASQUILLO                   ANGEL RODRIGUEZ                      ANGEL RODRIGUEZ GONZALEZ
HC-01 BOX 56759                       HC-03 BOX 12242                      LAS FLORES DE MONTEHIEDRA
BO. LA CHANGE                         CAROLINA, PR 00987-9617              300 BLVD. DE LA MONTA A APT# 646
CAGUAS, PR 00725                                                           SAN JUAN, PR 00926-7029


ANGEL TORRES RAMOS                    ANGELINA LOPEZ                       ARCHILLA PAPER
RR-03 BOX 10410-5                     PO BOX 129                           PO BOX 364253
TOA ALTA, PR 00953-8038               CAROLINA, PR 00986-0129              SAN JUAN, PR 00936-4253


AURORA GALLIANO                       BANCO POPULAR DE PR                  BENJAMIN CALO
PO BOX 769                            PO BOX 362708                        HC-03 BOX 13175
CAGUAS, PR 00726-0769                 SAN JUAN, PR 00936-2708              CAROLINA, PR 00987-9621


CAROLINA BUILDING MATERIALS           CORTELCO SYSTEMS PR, INC.            CRIM
PO BOX 3570                           PO BOX 5249                          PO BOX 195387
CAROLINA, PR 00984-3570               CAGUAS, PR 00726-5249                SAN JUAN, PR 00919-5387


DEPARTAMENTO DE HACIENDA              DEPT. DEL TRABAJO Y RECURSOS HUMANOS F.D.S.E.
PO BOX 9024140                        PO BOX 191020                        PO BOX 365028
SAN JUAN, PR 00902-4140               SAN JUAN, PR 00919-1020              SAN JUAN, PR 00936-5028


FRANCISCO POVENTUD                    GAMALIER PEREZ BIRRIEL               GRAINGER CARIBE, INC.
URB. SANTA MARIA                      PO BOX 489                           DEPT. 818390056
CALLE 5 H-6                           CAROLINA, PR 00986-0489              PALATINE, IL 60038-0001
TOA BAJA, PR 00949-4212


GUILLERMO MENENDEZ RODRIGUEZ          INFRA-METALS COMPANY                 IRS
URB. SAGRADO CORAZON                  PO BOX 409828                        CENTRALIZED INSOLVENCY OPERATION
354 CALLE SAN GERARDO                 ATLANTA, GA 30384-9828               PO BOX 7346
SAN JUAN, PR 00926                                                         PHILADELPHIA, PA 19101-7346


IRS                                   ISAAC NORIUS                         IVAN ROMAN RUIZ
CITIVIEW PLAZA NO II                  PO BOX 129                           HC-06 BOX 75559
48 CARR 165 SUITE 2000                CAROLINA, PR 00986-0129              BO. RIO CA AS
GUAYNABO, PR 00968-8000                                                    CAGUAS, PR 00725-9521
```

| | | |
|---|---|---|
| JOE PEREZ<br>HC-01 BOX 12521<br>CAROLINA, PR 00987 | JOEL BIRRIEL<br>COND. PONTEZUELA<br>EDIF. B-6 APTO 2F<br>CAROLINA, PR 00983 | JONATHAN PRATTS<br>HC-02 BOX 6623<br>CANOVANAS, PR 00729-9906 |
| JONATHAN RODRIGUEZ<br>HC-01 BOX 12244<br>CAROLINA, PR 00986 | JORGE F. VENDRELL<br>ENTRE RIOS<br>CALLE PLAYA SERENA #152<br>TRUJILLO ALTO, PR 00976 | JORGE VELAZQUEZ<br>HC-01 BOX 11829<br>CAROLINA, PR 00987-9686 |
| JOSE LAJARA<br>CALLE CAROLA T-731<br>CANOVANAS, PR 00729 | JOSE PEREZ<br>HC-03 BOX 12241<br>CAROLINA, PR 00987-9617 | JOSE RAUL HERNANDEZ<br>PO BOX 769<br>CAGUAS, PR 00726-0769 |
| JOVIRI, INC.<br>PO BOX 9021216<br>SAN JUAN, PR 00902-1216 | JULIO FEBRES<br>RES. LOMA ALTA<br>EDIF. B APTO# 42<br>CAROLINA, PR 00987 | JULIO FUENTES<br>PO BOX 444<br>TRUJILLO ALTO, PR 00977-0444 |
| LINDE GAS PR, INC<br>PO BOX 71491<br>SAN JUAN, PR 00936-8591 | LUCY RODRIGUEZ<br>URB. SAGRADO CORAZON<br>354 CALLE SAN GERARDO<br>SAN JUAN, PR 00926 | LUIS FIGUEROA<br>CALLE 2 #158<br>SAINT JUST, PR 00976-2824 |
| LUIS VAZQUEZ OTERO<br>COND. MONTEBELLO ESTATES<br>APTO# F-12<br>SAN JUAN, PR 00926 | MADERERA DONESTEVEZ, INC<br>PO BOX 29228<br>SAN JUAN, PR 00929-0228 | MARILYA CARDONA<br>CALLE E #26<br>PARC. RODRIGUEZ OLMO<br>ARECIBO, PR 00612-4216 |
| MIGUEL SERRANO<br>RR-8 BOX 9533<br>BAYAMON, PR 00956-9664 | OFFICE-IT<br>PMB 245 SUITE 102<br>405 AVE. ESMERALDA<br>GUAYNABO, PR 00969-4482 | OMIR MENDEZ DIAZ<br>URB. VILLA HUCAR<br>CALLE ALMENDRO A-15<br>SAN JUAN, PR 00926-6819 |
| PEDRO NEGRON<br>HC-03 BOX 12241<br>CAROLINA, PR 00987-9617 | POWER SECURITY, INC.<br>PO BOX 4268<br>CAROLINA, PR 00984-4268 | PR DEPARTMENT OF JUSTICE<br>PO BOX 9020192<br>SAN JUAN, PR 00902-0192 |
| PRAXAIR PR<br>PO BOX 307<br>GURABO, PR 00778-0307 | PRENDES SAFETY<br>COND. MANSIONES DE GARDEN HILLS<br>APTO. 17F<br>GUAYNABO, PR 00966 | PRISCILA MENENDEZ<br>URB. SAGRADO CORAZON<br>SAN GENARO 354<br>SAN JUAN, PR 00926-4106 |
| RAFAEL BENITEZ CARRILLO, INC<br>PO BOX 362769<br>SAN JUAN, PR 00936-2769 | RAFAEL TANCO MILLAN<br>RES. SABANA BAJO<br>EDIF. 55 APTO# 432<br>CAROLINA, PR 00985 | RAUL ORTIZ<br>HC-03 BOX 12521<br>CAROLINA, PR 00987-9619 |

RAYMOND PEREZ MORALES
HC-01 BOX 11601
CAROLINA, PR 00987-9685

RICHARD GONZALEZ
HC-01 BOX 12432
CAROLINA, PR 00986

RIMCO, INC.
PO BOX 362529
SAN JUAN, PR 00936-2529

RODRIGUEZ VACUUM SERVICES, INC.
PO BOX 1299
PE UELAS, PR 00624-1299

SAFETY ZONE
PO BOX 2151
SAN JUAN, PR 00922-2151

SANCHEZ TECHNICAL REFRIGERATION
4398 CALLE 2
BOX 156
SAN JUAN, PR 00926-8644

SANTIAGO RIVERA BATISTA
LOIZA VALLEY
CALLE CANARIO G-264
CANOVANAS, PR 00729

SANTOS DELGADO
HC-03 BOX 12654
CAROLINA, PR 00987-9635

SHERWIN WILLIAMS CO.
PO BOX 363705
SAN JUAN, PR 00936-3705

SIGMA SALES, INC.
PO BOX 8056
PONCE, PR 00732-8056

STEEL & PIPES, INC
PO BOX 5309
CAGUAS, PR 00726-5309

STEEL SERVICES & SUPPLIES, INC.
PO BOX 2528
TOA BAJA, PR 00951-2528

SUSANA AVAGNINA GONZALEZ
ENTRE RIOS
CALLE PLAYA SERENA #152
TRUJILLO ALTO, PR 00976

TECNO LITE DE PR, INC.
PO BOX 3977
CAROLINA, PR 00984-3977

TEDDY RENTAL REPAIR & SERVICES
PO BOX 10953
SAN JUAN, PR 00922-0953

UNITED STEEL WORKERS
C/O JUAN ROMAN
BLOQUE 10 #1 AGUAS BUENAS AVE.
BAYAMON, PR 00959

US DEPARTAMENT OF JUSTICE
PO BOX 227
BEN FRANKLIN STATION
WASHINGTON, DC 20044-0227

VANESSA BIBILONI VAZQUEZ
HC-06 BOX 75559
BO. RIO CA AS
CAGUAS, PR 00725-9521

WILLIAM BIRRIEL
HC-03 BOX 12218
CAROLINA, PR 00987-9617

WILLIAM HERNANDEZ
HC-02 BOX 13602
AGUAS BUENAS, PR 00703-9608

CARMEN D CONDE TORRES
254 SAN JOSE STREET
5TH FLOOR
SAN JUAN, PR 00901-1523

LUISA S VALLE CASTRO
C CONDE & ASSOCIATES
254 CALLE SAN JOSE 5TH FLOOR
SAN JUAN, PR 00901-1523

MONSITA LECAROZ ARRIBAS
OFFICE OF THE US TRUSTEE (UST)
OCHOA BUILDING
500 TANCA STREET SUITE 301
SAN JUAN, PR 00901

End of Label Matrix
Mailable recipients     82
Bypassed recipients      0
Total                   82