IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO.: 15-07088 (BKT) |
| AMERICAN AGENCIES CO., INC. | |
| Debtor in Possession | CHAPTER 11 |
| IN RE: | CASE NO.: 15-07090 (BKT) |
| NEW STEEL, INC. | |
| Debtor in Possession | CHAPTER 11 |

**MOTION SUBMITTING AMENDED BUDGET FOR PERMANENT USE OF CASH COLLATERAL AND TO CLARIFY AMOUNT OF ADEQUATE PROTECTION TO BE PAID TO BPPR AS PER STIPULATION FOR USE OF CASH COLLATERAL**

**TO THE HONORABLE COURT:**

  **COME NOW,** *American Agencies Co., Inc.,* and *New Steel, Inc.,* Debtors herein, through the undersigned attorney, and very respectfully STATE and PRAY:

1. On September 28, 2015 the Debtors and Banco Popular de Puerto Rico ("BPPR") filed a *Joint Stipulation for Use of Cash Collateral and Adequate Protection.* ("The Joint Stipulation") (Docket 22)

2. Due to an involuntary error the parties included an incorrect amount in paragraph 12 ("Adequate Protection Payments") of the Joint Stipulation. The parties correctly stated that the monthly amount to be paid to BPPR is $16,670.00. Nevertheless, when detailing the application of such payment to the debt, an incorrect amount was stated. The section submitted read as follows:

**Adequate Protection –Payments**. Pursuant to section 361 of the Bankruptcy Code, as adequate protection for BPPR for the use of the Cash Collateral, the Debtors hereby agree to pay to BPPR the monthly installments of $16,670.00, which first installment

1

payment shall be made immediately with the filing of this Stipulation, and the subsequent monthly installments shall be payable to BPPR on the first (1st) day of each month, commencing on October 1, 2015. From the $16,635.00 to be paid each month as set forth above, during the first three months until November 30, 2015, $10,500.00 will be applied to interest and $6,135.00 will be applied to the principal balance of the Loans. Thereafter, starting on December 1, 2015, $8,317.50 will be applied to interest and $8,317.50 will be applied to the principal balance of the Loans. Interest shall continue to accrue under the Loans pursuant to the terms of the Loan Documents and as allowed under the Bankruptcy Code.

3. The parties herein wish to clarify that the correct language to this section should read as follows[1]:

   **Adequate Protection –Payments:** Pursuant to section 361 of the Bankruptcy Code, as adequate protection for BPPR for the use of the Cash Collateral, the Debtors hereby agree to pay to BPPR the monthly installments of $16,670.00, which first installment payment shall be made immediately with the filing of this Stipulation, and the subsequent monthly installments shall be payable to BPPR on the first (1st) day of each month, commencing on October 1, 2015. From the **$16,670.00** to be paid each month as set forth above, during the first three months until November 30, 2015, **$10,500.00** will be applied to interest and **$6,170.00** will be applied to the principal balance of the Loans. Thereafter, starting on December 1, 2015, **$8,335.00** will be applied to interest and **$8,335.00** will be applied to the principal balance of the Loans.

4. This minor clarification does not affect nor modify any of the other terms of the Joint Stipulation. The same has been drafted and consulted with BPPR, who has consented to the language herein clarified.

5. Furthermore, the Debtors herein wish to submit a revised budget for the permanent use of cash collateral which incorporates the correct amount of the adequate protection payment as detailed above. **Exhibit 1**

6. The Debtors herein wish to request that this Honorable Court take notice of the clarifications herein made and that the revised budget and language provided above be incorporated to the *Joint Stipulation for Use of Cash Collateral and Adequate*

---

[1] Amended amounts have been marked in Bold. No other changes to the text of this Section has been made.

*Protection* filed at Docket 22.

**WHEREFORE,** Debtors respectfully request this Honorable Court that the amended budget for the permanent use of cash collateral and the clarification to paragraph 12 be incorporated to the Joint Stipulation filed at Docket 22.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 5th day of October, 2015.

**I HEREBY CERTIFY** that on this same date I electronically filed the foregoing through the CM/ECF system, which will send notification of such filing to the parties therein registered to receive Notice, including the U.S. Trustee and to all parties therein registered to receive notice.

**C. CONDE & ASSOC.**
/s/Luisa S. Valle Castro
By: Luisa S. Valle Castro, Esq.
USDC No. 215611
254 San José Street, 5th Floor
Old San Juan, Puerto Rico 00901
Telephone: 787-729-2900
Fax: 787-729-2203
E-Mail: *ls.valle@condelaw.com*

3

AMERICAN AGENCIES CO., INC
(DEBTOR IN POSSESSION)
FORECASTED STATEMENTS OF CASH FLOWS
FOR THE FOUR-MONTH ENDING DECEMBER 31, 2015

| | SEPTEMBER | OCTOBER | NOVEMBER | DECEMBER | TOTAL |
|---|---|---|---|---|---|
| Beginning Cash Balance | $ 100,880 | $ 182,473 | $ 21,747 | $ 21,045 | $ 94,478 |
| Cash inflows: | | | | | |
| Collection of credit sales | 530,000 | 530,000 | 530,000 | 530,000 | 2,120,000 |
| Cash sales | 72,000 | 72,000 | 72,000 | 72,000 | 288,000 |
| | 602,000 | 602,000 | 602,000 | 602,000 | 2,408,000 |
| Total Funds Available | 702,880 | 784,473 | 623,747 | 623,045 | 2,502,478 |
| Cash outflows: | | | | | |
| Purchase of materials: | | | | | |
| New Steel, Inc. | 122,521 | 152,547 | 96,467 | 88,567 | 460,102 |
| Steel | 4,000 | 150,000 | 43,000 | 43,000 | 240,000 |
| Doors and Hardware | 190,000 | 190,000 | 190,000 | 190,000 | 750,000 |
| | 316,521 | 492,547 | 329,467 | 321,567 | 1,460,102 |
| Cost of Work - Salaries and fringe benefits | 27,876 | 34,007 | 27,875 | 24,542 | 114,300 |
| Other cost of work performed expenses: | | | | | |
| Auto | 5,000 | 5,000 | 5,000 | 5,000 | 20,000 |
| Equipment rental | 4,000 | 4,000 | 4,000 | 4,000 | 16,000 |
| Subcontractor | 10,000 | 9,500 | 9,500 | 39,000 | 68,000 |
| Cut & Burning and supplies | 1,000 | 1,000 | 1,000 | 1,000 | 4,000 |
| Other | 8,500 | 8,500 | 8,500 | 8,500 | 34,000 |
| Warehouse expenses | 10,052 | 12,114 | 10,050 | 8,784 | 42,000 |
| General and Administrative Expenses - salaries & benefits | 77,508 | 77,508 | 60,460 | 56,324 | 271,800 |
| Other General and administrative: | | | | | |
| Rent | 5,000 | 5,000 | 5,000 | 5,000 | 20,000 |
| Utilities | 5,250 | 5,250 | 5,250 | 5,250 | 21,000 |
| Telephone, internet & communications | 5,000 | 5,000 | 5,000 | 5,000 | 20,000 |
| Advertising | 2,500 | 2,500 | 2,500 | 2,500 | 10,000 |
| Property Tax | | | 47,000 | | 47,000 |
| Professional services (Legal & Acct.) | 8,400 | 8,400 | 8,300 | 8,300 | 33,400 |
| Credit Card & Bank Charges | 5,750 | 5,750 | 5,750 | 5,750 | 23,000 |
| Other | 11,380 | 14,980 | 11,380 | 11,380 | 49,120 |
| State insurance fund | - | 55,000 | 40,000 | - | 95,000 |
| Total CW Expenses | 187,216 | 253,509 | 256,565 | 190,330 | 887,620 |
| Total Disbursements | 503,737 | 746,056 | 586,032 | 511,897 | 2,347,722 |
| Cash Flows from operations | 98,263 | (144,056) | 15,968 | 90,103 | 60,278 |
| Adequate Protection Payment BPPR | 16,670 | 16,670 | 16,670 | 16,670 | 66,680 |
| Ending cash balance | $ 182,473.00 | $ 21,747.00 | $ 21,045.00 | $ 94,478.00 | $ 88,076.00 |



Blumberg No. 5118
EXHIBIT 1