**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

IN RE:

**NEW STEEL, INC.**

**66–0405372**

Debtor(s)

Case No. **15–07090 BKT**

Chapter **11**

**FILED & ENTERED ON 10/19/15**

*ORDER*

The court having considered the application of the Debtor in possession to employ Attorney Carmen D. Conde Torres of C. Conde & Assoc. and declaration in support thereof, and it appearing that Attorney Carmen D. Conde Torres of C. Conde & Assoc. is a disinterested person and that the employment of said Debtor's Attorney is in the best interest of this estate, it is hereby

ORDERED that the Debtor in possession herein is authorized to employ Attorney Carmen D. Conde Torres of C. Conde & Assoc. as Debtor's Attorney, with compensation to be paid in such amounts as may be allowed by the Court upon proper application and notice thereof.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Monday, October 19, 2015 .

Brian K. Tester
United States Bankruptcy Judge