**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

IN RE:

**NEW STEEL, INC.**

**66−0405372**

Debtor(s)

Case No. **15−07090 BKT**

Chapter **11**

FILED & ENTERED ON 10/19/15

### ORDER

The motion filed by Debtor requesting extension of time of 10 days to file the Monthly Operating Report for the month of September 2015 (docket #34) is hereby granted. Order due by 10.26.2015

IT SO ORDERED.

In San Juan, Puerto Rico, this Monday, October 19, 2015 .

Brian K. Tester
United States Bankruptcy Judge