### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | Case No. 15-07088 (BKT) |
| **AMERICAN AGENCIES CO., INC.** | Chapter 11 |
| Debtor. | |
| In re: | Case No. 15-07090 (BKT) |
| **NEW STEEL, INC.** | Chapter 11 |
| Debtor. | |

### MOTION TO INFORM

**TO THE HONORABLE UNITED STATES BANKRUPTCY COURT:**

  **COMES NOW** the secured creditor BANCO POPULAR DE PUERTO RICO ("BPPR"), by and through its undersigned counsel, and respectfully states as follows:

  1. The Debtors filed separate voluntary petitions under Chapter 11 of the Bankruptcy Code on September 15, 2015 (the "Petition Date"). See, Docket No. 1 of Case No. 15-07088 and Docket No. 1 of Case No. 15-07090.

  2. On the Petition Date the Debtors filed a "Motion for Substantive Consolidation". See, Docket No. 7

  3. On September 29, 2015, BPPR filed a "Notice of Intent to Respond to Debtors' Motion for Substantive Consolidation and Request for Extension of Time". See, Docket No. 24 of Case No. 15-07088 and Docket No. 24 of Case No. 15-07090.

00298307; 1

4. On September 30, 2015, the Court entered an Order granting BPPR until October 26, 2015, at noon to file a response to Debtors' request for substantive consolidation. See, Docket No. 25 of Case No. 15-07088 and Docket No. 25 of Case No. 15-07090.

5. BPPR herein informs the Court that after a careful review of the Debtors' operations, it has decided not to oppose the Debtors' request for substantive consolidation.

**WHEREFORE**, BPPR respectfully requests that this Honorable Court take notice of the foregoing and for such other relief as may be just and proper.

**WE HEREBY CERTIFY** that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in this case.

 **RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 26th day of October, 2015.

**WE HEREBY CERTIFY** that on this date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the parties appearing in said system.

**O'NEILL & BORGES** LLC
*Attorneys for Banco Popular de Puerto Rico*
American International Plaza
Muñoz Rivera Avenue 250 Suite 800
San Juan, P.R. 00918-1813
Tel: 787-764-8181
Fax: 787-753-8944

By: s/Luis C. Marini Biaggi
Luis C. Marini Biaggi
USDC No. 22301
luis.marini@oneillborges.com