IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>NEW STEEL, INC.<br><br>DEBTOR | CASE NO. 15-07090 (BKT)<br><br><br>CHAPTER 11 |

APPLICATION FOR EMPLOYMENT OF APPRAISER

TO THE HONORABLE COURT:

**COMES NOW**, New Steel, Inc., Debtor herein, through its undersigned attorney, who apply to the Court for the approval of Ismael Isern Suárez from I.S. Appraiser Group, PSC, as debtor's appraiser and respectfully state as follows:

1. The above captioned Debtor filed its petition for relief under Chapter 11 of the Bankruptcy Code on September 15, 2015, and continue operating its business and property as debtor in possession pursuant to Sections 1101 and 1107 of the Title 11 of the United States Code.

2. Debtor seeks to employ Ismael Isern Suárez from I.S. Appraiser Group, PSC as its appraiser, in order to perform an appraisal for debtor's personal properties as follows: (i) machinery and equipment and (ii) small tools equipment located at Julio N. Matos, Bo. Saint Just, Carr. 887, KM 0.7, Carolina, Puerto Rico.

3. The Debtor has chosen Ismael Isern Suárez from I.S. Appraiser Group, PSC for the reason that he is well qualified to perform the work required of him in this case.

4. To the best of applicant's knowledge, the Appraiser Ismael Isern Suárez from I.S. Appraiser Group, PSC, is a disinterested person and his employment is in the best interest of the estate, independent of the valuation.

5. To the best of applicant's knowledge, the professional whose employment is sought has no connection with the debtor, the creditors, any party in interest, their attorneys, accountants, the United States Trustee, or any person employed by the United States Trustee Office.

6. To the best of applicants' knowledge, Ismael Isern Suárez from I.S. Appraiser Group, PSC not holds or represents any interest adverse to the estate of the aboved-named debtor.

7. To the best of applicant's knowledge, the Appraiser, Ismael Isern Suárez from I.S. Appraiser Group, PSC will not share or agree to share with another person outside of the firm any amounts received as a retainer or to be received as compensation.

8. The compensation to be received for the work to be done will be a flat fee of $5,000.00, as stated in the proposal letter herein enclosed as **Exhibit 1** and will be paid as follows: Fifty percent (50%) of the fee will be paid upon acceptance of the terms and conditions and approval of the application for employment, and fifty percent (50%) upon the delivery of the complete report. Appearance at Court, meeting, etc., will be billed as need at the rate of $125.00 per hour.

9. Upon information and belief, the total amount to be paid by the debtor are generated from the operation of business. Approval by the Court of this

application will constitute approval of the flat fee amount for the preparation of the appraisal and the above described payment terms.

10. The Appraiser Ismael Isern Suárez from I.S. Appraiser Group, PSC, fully understands that the flat fee offered must be approved by the Court and has agreed to consult with the debtor and its attorney at all times in connection with the work to be performed.

11. The debtor submit with this application the **VERIFIED STATEMENT OF THE APPRAISER** signed by Appraiser Ismael Isern Suárez from I.S. Appraiser Group, PSC , pursuant to 11USC 327 (a) and FRBP 2014. In addition and in compliance with LBR 2014-1, applicant enclosed Mr. Isern's Curriculum Vitae as **Exhibit 2**.

12. Pursuant to the provisions of Federal Rule of Bankruptcy Procedures 2014 and 11 U.S.C. 327(a), copy of this application has been served upon the US Trustee and to the twenty largest unsecured creditors, secured creditors and governmental agencies approved by the Court, pursuant to Federal Rule of Bankruptcy Procedures 2014.

**WHEREFORE**, the Debtor request that the Court authorizes the employment of Appraiser Ismael Isern Suárez from I.S. Appraiser Group, PSC to perform the appraisal of debtor's personal properties at the rates set forth in the proposal letter herein attached as Exhibit 1.

## NOTICE

Within twenty one (21) days after service as evidenced by the certification, and

an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 26th day of October, 2015.

**I HEREBY CERTIFY** that on this same date I electronically filed the foregoing through the CM/ECF system, which will send notification of such filing to the parties therein registered to receive Notice, including the U.S. Trustee and I hereby certify that I have mailed by United States Postal Service copy of this document to the twenty largest unsecured creditors, secured creditors and governmental agencies approved by the Court.

> **C. CONDE & ASSOC.**
> 254 San José Street, 5th Floor
> Old San Juan, Puerto Rico 00901
> Telephone: 787-729-2900
> Facsimile: 787-729-2203
> E-Mail: *condecarmen@condelaw.com*
> /s/ Carmen D. Conde Torres
> **Carmen D. Conde Torres, Esq.**
> **USDC No. 207312**





## APPRAISER GROUP P.S.C.
ENGINEERS, APPRAISERS & CONSULTANTS

October 20, 2015

NEW STEEL, INC.
PO BOX 9021216
SAN JUAN PR 00902-1216

ATTN: MR. OMIR MENDEZ
omendez@americanagenciesco.com

Dear Mr. Mendez:

Pursuant to your request, we respectfully submit for your consideration a fee proposal to perform an Appraisal Report of:

1. Machinery and equipment property of New Steel, Inc. located at Carolina Municipality.
2. Small Tools Equipment.

Machinery and equipment appraised will be according to the list provided by the client. The purpose of the appraisal is to emit an opinion related to the Market Value of the machinery and equipment. To estimate the Market Value of this type of property we will develop the most relevant and applicable method of valuation.

Our professional fee to achieve your request will be $5,000.00 dollars. Fees will be payable 50% with the acceptance of this proposal and the remaining 50% after submitting the report. **These fees do not include the 4% of IVU, established since October 1, 2015.** The report will be submitted in or within 30 calendar days. We will submit one copy of the report in paper and a CD with the report in PDF Format. Meetings, court attendance or any other related works will be $125.00 per hour.

The appraisal report will made in conformity with and is subject to the requirements of the Uniform Standards for Professional Appraisal Practice (USPAP).

Thank you for the privilege to be of service.

Cordially yours,

*[signature]*

Ismael Isern Suárez
Civil Engineer Lic. #12209
Real Estate Appraiser Lic. #684
Certified Appraiser #156

IIS/ada

APPROVED BY: _____ DATE: 21/OCT./15

Urb. Reparto Metropolitano, 968 Calle 42 SE, San Juan, Puerto Rico 00921-2701
Tel. (787) 765-2110 · Fax. (787) 765-2132

CURRICULUM VITAE ENGR. ISMAEL ISERN SUAREZ

ADDRESS:

Reparto Metropolitano
968 42nd SE Street
San Juan, PR 00921-2701

TELEPHONE:

(787) 765-2110 (office)
(787) 765-2132 (fax)

BIRTH DATE:

May 15, 1967

MARITAL STATUS:

Married, 2 child

EDUCATION:

May 1991: Bachelor of Science in Civil Engineer, School of Engineering at Mayaguez Campus, University of Puerto Rico.

LICENSES:

Civil Engineer License No. 12209
Professional Appraiser License No. 684 of the Commonwealth of Puerto Rico.
Certified Real Estate Appraiser License No.156

PROFFESIONAL ASSOCIATIONS:

Member of the College of Engineers and Land Surveyors of Puerto Rico (CIAPR).
Member of the American Society of Civil Engineers (ASCE).
Member #435441 of the Appraisal Institute

REAL ESTATE APPRAISAL COURSES:

Income Producing Properties, Puerto Rico Real Estate Appraiser Institute, August, 1993.

Expropriation and Valuation of Real Estate. The courses offered by the Puerto Rico Real Estate Appraisers Institute., August, 1994.

Course in Real Estate Appraisal, Puerto Rico Real Appraiser Institute, August, 1994

Feasibility Analysis and Highest and Best Use - Non Residential Properties, Dr. William Kinnard, Appraisal Institute, November, 1994.

Dynamics of Office Building Valuation - Seminar offered by the Puerto Rico Real Estate Appraisers Institute, December 12, 1995.

Environmental Risk and The Real Estate Appraiser Process - Seminar offered by the Puerto Rico Real Estate Appraisers Institute, September 5, 1997.

Alternative Residential Reporting Forms. The courses offered by the Puerto Rico Real Estate Appraisers Institute, September 27, 1997.

ME201: Introduction to Machinery & Equipment Valuation, November 13 – 16, 1997, Orlando, Florida, American Society of Appraisers.

Course II530 - Advanced Sales Comparison and Cost Approaches - December 4-13, 1997, Interamerican University of Puerto Rico, Río Piedras Campus.

ME202: Machinery & Equipment Valuation Methodology, February 5-8, 1998, Orlando Florida, American Society of Appraisers.

Machinery & Equipment Valuation - Advanced Topics and Case Studies, April 30 to May 3, 1998, Tyson's Corner, Virginia, American Society of Appraisers.

ME204: Machinery & Equipment Valuations - Advanced Topics and Report Writing, July 30 to August 2, 1998 Tyson's Corner, Virginia, American Society of Appraisers.

Appraisal Institute's Course I410 - Standard of Professional Practice, Part A (USPAP) at Caribe Hilton Hotel in San Juan, Puerto Rico on October 18-19, 1998.

Appraisal Institute's Course II420 - Standards of Professional Practice, Part B at Caribe Hilton Hotel in San Juan, Puerto Rico on September 26-27, 1998.

Appraisal Institute's Course II540 - Report Writing and Valuation Analysis at Unión Plaza Building in San Juan, Puerto Rico on 5/13/01 to 5/19/01

Instituto de Valuadores de Puerto Rico - "Requerimientos Mínimos de USPAP en Informes de Tasación" in Colegio de Ingenieros y Agrimensores de PR on May 4, 2001.

Instituto de Evaluadores de PR Forum – "Valoración de Servidumbres de Conservación bajo la Ley 183" at Fideicomiso de Conservación, San Juan, Puerto Rico on June 12, 2002

Appraisal Institute Puerto Rico & Caribbean Chapter - First Real Estate Market Trend Symposium on March 14, 2002

Appraisal Institute's Seminar – Valuation of Hotels in Puerto Rico at Colegio de Abogados in San Juan, Puerto Rico on August 20, 2004.

Appraisal Institute – Online 7 hours National USPAP Equivalent Course, in Chicago, IL on February 23, 2006.

Puerto Rico and Caribbean Chapter of the Appraisal Institute – "Leyes y Reglamentos que Rigen la Profesión del Tasador en Puerto Rico" in San Juan, Puerto Rico on March 27 to 31, 2007

Instituto de Evaluadores de PR – "Requerimiento Uniforme para Recertificar Crédito por Comparecencia a Seminarios y Simposios" in Colegio de Agrónomos of Puerto Rico on May 16, 2008.

Instituto de Evaluadores de PR – "Nuevos Requisitos para la Federal, Residencial y General de los Tasadores", in the Agronomist College of Puerto Rico on May 16, 2008.

Puerto Rico and Caribbean Chapter of the Appraisal Institute - Mortgage Fraud in San Juan, Puerto Rico on May 18, 2007

CIAPR – "Introducción a la Gerencia de Proyectos" on June 3, 2008.

CIAPR – "Inspección de Puentes" on June 10, 2008.

CIAPR – "Introducción al Sistema LEED" in Natural Resources Building on June 12, 2008.

Instituto de Evaluadores de PR – "Tasación de Fincas Agrícolas", in the CIAPR on June 13, 2008.

CIAPR – Presentation Skills on June 17, 2008.

CIAPR – "Técnica de Estimados de Costos" in Bortech Institute on July 7, 2008.

CIAPR – "Identificación de Terreno Adecuado" in Bortech Institute on August 12, 2008

Inter – "The Road Less Traveled Special Purpose Properties", July 12, 2008.

CIAPR – Identificación de Terreno Adecuado en Bortech Institute, August 12, 2008

Bortech Technology Institute – "Reglamento Núm. 4 de Calificación de Puerto Rico", September 5, 2008

Inter – The New Residential Market Conditions Forms, February 20, 2009

Online – Online business practice and Ethics, November 20, 2009

CIAPR – "Responsabilidad por Vicios de Construccion" December 9, 2009

Condado Plaza Hotel – "Commercial Appraisal Engagement and Review" December 11, 2009.

International Code Council – "2009 IRC Performing Residential Building Inspections" May 27, 2011 CAAPR San Juan PR.

Instituto de Evaluadores de Puerto Rico – "Nuevos Cambios en la Planilla de Tasación, Formas 1004, 2055, 1073 & 1075" (4 hours course) - March 2, 2012.

Instituto de Evaluadores de Puerto Rico – National USPAP Updtade Course (7 hours), March 3, 2012.

Instituto de Evaluadores de Puerto Rico – "Leyes y Reglamentos que rigen la Profesión de Evaluadores Profesionales Bienes Raíces, Bajo el ELA de PR", (15 hours course), May 26, 2012.

Instituto de Evaluadores de Puerto Rico – "Requisitos para Valoración de Servidumbres de Conservación", March 1, 2013.

Instituto de Evaluadores de Puerto Rico – National USPAP Updtade Course (7 hours), March 8, 2014.

PROFESSIONAL EXPERIENCE:

January 1994 to present: Private practice as Professional Appraiser. Duties include the following:

    Residential property appraisal.
    Residential condominium appraisal.
    Industrial property appraisal.
    Farmland appraisal.
    Diversified commercial appraisal.
    Real estate property leases.

Industrial insurance.
Machinery & Equipment appraisal
Expert witness at US Federal District Court, San Juan Puerto Rico:
  Hon. José A. Fuste

Expert before the Superior Court of Puerto Rico; rooms of:

San Juan:
  Hon. Mabel Ramos Milian
  Hon. Héctor López García
  Hon. Salim Chaar Padín
  Hon. Oscar Dávila Suliveres
  Hon. Juan Corujo Collazo
  Hon. Carmen J. Ortiz Ramos
  Hon. Procuradora de Asuntos de Familia

Caguas:
  Hon. Bruno Cortes Trigo
  Hon. Angel Díaz del Valle
  Hon. Jaime Fuster Zalduondo
  Hon. Pierre Vivoni
  Hon. Rafael Castro Pérez

Bayamón:
  Hon. Concepción del Pilar Igartúa
  Hon. Jeannette Tomasini González
  Hon. Misael Ramos Torres
  Hon. Georgina Candal Segurola
  Hon. Vivian Derieux Rodríguez

Guayama:
  Hon. Juan A. Frau Escudero

January 1994 to present: Private practice as Civil Engineer - works related to engineering as lot development, residences design and others.

August 1991 to January 1994: CMA Architects & Engineers, (before known as "Capacete, Martin & Assoc.) Civil Engineer, civil design area. More relevant projects: New facilities of Safety Kleen at Manati, Puerto Rico; "Lago Regulador" at Isabela, Puerto Rico; Authority of Water Source and others.

REFERENCES:

Available upon request.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>NEW STEEL, INC.<br><br>DEBTOR | CASE NO. 15-07090 (BKT)<br><br>CHAPTER 11 |

### VERIFIED STATEMENT OF APPRAISER

I, Ismael Isern Suárez from I.S. Appraiser Group, PSC, do hereby certify under penalty of perjury, to the best of my knowledge information and belief, the following is true and correct:

1. I am a Certified General Appraiser, dully admitted to practice as such in the Commonwealth of Puerto Rico.



2. I maintain an office for the practice of Appraisals which is located at Urb. Reparto Metropolitano, 968 Calle 42 SE, San Juan, Puerto Rico 00921-2701.

3. I am willing and able to perform an appraisal for debtor's personal properties as follows: (i) machinery and equipment and (ii) small tools equipment located at Julio N. Matos, Bo. Saint Just, Carr. 887, KM 0.7, Carolina, Puerto Rico.

4. That I am disinterested person pursuant to 11 U.S.C. § 101 (14). That my duty is to provide an independent "market value", valuation.

5. I have no prior connection with the Trustee, debtor, creditors, any other party in interest, their respective attorneys and accountants, the U.S. Trustee Office and the U.S. Trustee office personnel.

6. There is no agreement on my part for sharing any of the compensation received or to be received under 11 U.S.C. §§ 330(a) and 503 (b) (2), or otherwise in connection with this case, and I will not share any such compensation received with another person outside of our firm.

7. I don't hold or represent any interest adverse to the estate of the above-named debtor.

8. The compensation to be received for the work to be done will be a flat fee of $5,000.00, as stated in the proposal letter enclosed with my application for employment and will be paid as follows: Fifty percent (50%) of the fee will be paid upon acceptance of the terms and conditions and approval of the employment, and fifty percent (50%) upon the delivery of the complete report. Appearance at Court, meetings, etc., will be billed as need at the rate of $125.00 per hour.



9. Upon information and belief, the total amount to be paid by the debtor is generated from the operation of business. Approval by the Court of my application will constitute approval of the flat fee amount for the preparation of the appraisal and the payment terms described.

10. I fully understand that the fee offered must be approved by the Court and have agreed to consult with the debtor and debtor's attorney at all times in connection with the work to be performed.

11. A copy of my Application for employment has been served upon the US Trustee and to the twenty largest unsecured creditors, secured creditors and

governmental agencies approved by the Court, pursuant to Federal Rule of Bankruptcy Procedures 2014.

12. I am aware that this Verified Statement needs to be amended immediately upon learning that any of the representations made herein are incorrect or there is any change of circumstance relating thereto.

13. I am aware of the provisions of LBR 2016-1.

14. That this verified statement is provided in compliance with Section 327(a) of the Bankruptcy Code, and Federal Rule of Bankruptcy Procedures 2014-1, for the purpose described in Debtor's application for employment of appraiser, with compensation to be allowed upon prior application notice and hearing there on, if necessary.

15. I **HEREBY CERTIFY** under penalty of perjury, that the foregoing is true and correct, as provided in 28 U.S.C. §1746.

In San Juan, Puerto Rico, this 26 day of October, 2015.

Ismael Isern Suárez
Urb. Reparto Metropolitano
968 Calle 42 SE
San Juan, Puerto Rico 00921-2701
Tel. 787-765-2110
Fax. 787-765-2132

Twenty Largest Unsecured Creditors and Secured Creditors:

BANCO POPULAR DE PR
PO BOX 362708
SAN JUAN, PR 00936-2708

CAROLINA BUILDING MATERIALS
PO BOX 3570
CAROLINA, PR 00984

SIGMA SALES, INC.
PO BOX 8056
PONCE, PR 00732

STEEL SERVICES & SUPPLIES, INC.
PO BOX 2528
TOA BAJA, PR 00949

POWER SECURITY, INC.
PO BOX 4268
CAROLINA, PR 00983

INFRA-METALS COMPANY
PO BOX 409828
ATLANTA, GA 30384-9828

PRAXAIR PR
PO BOX 307
GURABO, PR 00778

SHERWIN WILLIAMS CO.
PO BOX 363705
SAN JUAN, PR 00936

LINDE GAS PR, INC
PO BOX 71491
SAN JUAN, PR 00936-1491

RODRIGUEZ VACUUM SERVICES, INC.
PO BOX 1299
PEUELAS, PR 00624

RIMCO, INC.
PO BOX 362529
SAN JUAN, PR 00936-2529

JORGE VELAZQUEZ
HC-01 BOX 11829
CAROLINA, PR 00985

JOSE LAJARA
CALLE CAROLA T-731
CANOVANAS, PR 00729

RAYMOND PEREZ MORALES
HC-01 BOX 11601
CAROLINA, PR 00985

SANTOS DELGADO
HC-03 BOX 12654
CAROLINA, PR 00987-9602

RAUL ORTIZ
HC-03 BOX 12521
CAROLINA, PR 00987

ANDRES CARRASQUILLO
HC-01 BOX 56759
BO. LA CHANGE
CAGUAS, PR 00725

RAFAEL BENITEZ CARRILLO, INC
PO BOX 362769
SAN JUAN, PR 00936-2769

PRENDES SAFETY
COND. MANSIONES DE GARDEN HILLS
APTO. 17F
GUAYNABO, PR 00966

JOSE PEREZ
HC-03 BOX 12241
CAROLINA, PR 00987

**Governmental Entities:**

CRIM
PO BOX 195387
SAN JUAN, PR 00919-5387

DEPARTAMENTO DE HACIENDA
PO BOX 9024140
SAN JUAN, PR 00902-4140

DEPT. DEL TRABAJO Y RECURSOS HUMANOS
PO BOX 191020
SAN JUAN, PR 00919-1020
IRS
CITIVIEW PLAZA NO II
48 CARR 165 SUITE 2000
GUAYNABO, PR 00968-8000

IRS
PO BOX 7346
PHILADELPHIA, PA 19101-7346
PR DEPARTMENT OF JUSTICE
PO BOX 9020192
SAN JUAN, PR 00902-0192

US DEPARTAMENT OF JUSTICE
PO BOX 227
BEN FRANKLIN STATION
WASHINGTON, DC 20044-0227

PRASA
PO BOX 7066
SAN JUAN, PR 00916-7066

PREPA
PO BOX 3670151
SAN JUAN, PR 00936-0151

STATE INSURANCE FUND
PO BOX 365028
SAN JUAN, PR 00936-5028